FILE COPY

RE: Case No. 25-0581                    DATE: 7/18/2025
COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

    Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.


SHANNON  HUGGINS
PO BOX 533
SNOOK, TX  77878

FILE COPY

RE: Case No. 25-0581                    DATE: 7/18/2025
COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

    Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

HEATHER  COUCHMAN
16511 STONE RIDGE DRIVE
SAN ANTONIO, TX  78232

FILE COPY

RE: Case No. 25-0581                          DATE: 7/18/2025
COA #: 15-24-00074-CV                    TC#: D-1-GN-23-008185
STYLE:  WOODWARD v. NELSON

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.


               MICHELLE  PIQUE
               971 CHINN CHAPEL ROAD
               LEWISVILLE, TX  75077

FILE COPY

RE: Case No. 25-0581                          DATE: 7/18/2025
COA #: 15-24-00074-CV                    TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

    Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    TRAVIS WAYNE EUBANKS
                    1823 LOOKOUT FOREST
                    SAN ANTONIO, TX  78260

FILE COPY

RE: Case No. 25-0581                           DATE: 7/18/2025
COA #: 15-24-00074-CV                    TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

SHARON  JAROLAN
5224 MAAKS CIRCLE
THE COLONY, TX  75056

**FILE COPY**

RE: Case No. 25-0581                    DATE: 7/18/2025
COA #: 15-24-00074-CV             TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

    Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

          AMANDA MARIE EUBANKS
          1823 LOOKOUT FOREST
          SAN ANTONIO, TX  78620

FILE COPY

RE: Case No. 25-0581                    DATE: 7/18/2025
COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE:  WOODWARD v. NELSON

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

JARRETT   WOODWARD
8910 N. LOOP 1604, APT. 1633
SAN ANTONIO, TX   78249

FILE COPY

RE: Case No. 25-0581                          DATE: 7/18/2025
COA #: 15-24-00074-CV                    TC#: D-1-GN-23-008185
STYLE:  WOODWARD v. NELSON

    Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

TRACI   JONES
330 BOB WHITE DRIVE
RED OAK, TX  75154
* DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0581                           DATE: 7/18/2025
COA #: 15-24-00074-CV                    TC#: D-1-GN-23-008185
STYLE:  WOODWARD v. NELSON

    Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.


LARS  KUSLICH
P.O. BOX 1908
LIBERTY, TX  77575
* DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0581                      DATE: 7/18/2025
COA #: 15-24-00074-CV               TC#: D-1-GN-23-008185
STYLE:  WOODWARD v. NELSON

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

SHARON   COTTON
502 BLUEBONNET LN
RED OAK, TX  75154
* DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0581                                    DATE: 7/18/2025
COA #: 15-24-00074-CV                          TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    DISTRICT CLERK  TRAVIS COUNTY
                    TRAVIS COUNTY COURT
                    P. O. BOX 679003
                    AUSTIN, TX  78767
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0581                         DATE: 7/18/2025
COA #: 15-24-00074-CV                  TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    MR. WILLIAM  WASSDORF
                    OFFICE OF THE ATTORNEY GENERAL
                    PO BOX 12548
                    AUSTIN, TX  78711-2548
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0581                          DATE: 7/18/2025
COA #: 15-24-00074-CV                    TC#: D-1-GN-23-008185
STYLE:  WOODWARD v. NELSON

        Today the Supreme Court of Texas received and filed a motion
for extension of time to file petition for review pursuant to Rule
53.7(f) in the above numbered and styled case.

                        CHRISTOPHER   PRINE
                        FIFTEENTH COURT OF APPEALS
                        P.O, BOX 12852
                        AUSTIN, TX   78711
                        * DELIVERED VIA E-MAIL *

RE: Case No. 25-0581                          DATE: 7/18/2025
COA #: 15-24-00074-CV                 TC#: D-1-GN-23-008185
STYLE:  WOODWARD v. NELSON

     Today the Supreme Court of Texas received and filed a motion
for extension of time to file petition for review pursuant to Rule
53.7(f) in the above numbered and styled case.




                    MS. STEPHANIE  CRISCIONE
                    ASSISTANT ATTORNEY GENERAL
                    PO BOX 12548 CAPITOL STATION
                    AUSTIN, TX  78711-2548
                    * DELIVERED VIA E-MAIL *